OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

11/26/2014

02 1M $ 00.26
0004279596     NOV 26 2014

GEORGE, SHERWOOD LYNN   Tr. Ct. No. W09-54599-T(B)   WR-75,961-07
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

SHERWOOD LYNN GEORGE

U.TF

*RETURN TO SENDER*
*NOT IN DALLAS COUNTY JAIL*